**Order filed March 27, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00905-CV

_____

**DIANA G. OFFORD, Appellant**

**V.**

**JUDGE BRADY ELLIOTT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, Appellee**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-185448A**

---

## O R D E R

This is an appeal from a judgment signed July 18, 2011. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-11-00237-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-11-00905-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 3.5. 14th Tex. App. (Houston) Loc. R. 3.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM